**Michael M. NGRIME, Appellant,**

**v.**

**PAPILLION MANOR, INC., Appellee.**

No. 09–2042.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 5, 2010.

Filed: Feb. 23, 2010.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Michael Ngrime appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action. After careful de novo review, *see Davis v. KARK–TV, Inc.,* 421 F.3d 699, 703 (8th Cir.2005) (standard of review), we conclude that summary judgment was proper for the reasons stated by the dis-

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

trict court. Accordingly, we affirm. *See* 8th Cir. R. 47B.